UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINDSAY BLANK** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 18-3984** |
| **BOOST MOBILE, LLC, et al.** | **SECTION: "G"(3)** |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this <u>31st</u> day of January, 2019.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] *See* attached correspondence.



Case 2:18-cv-03984-NJB-DMD Blank v. Boost Mobile, LLC et al
Roberto Luis Costales
to:
efile-brown, Bickford, Mag, JRector, William H. Beaumont
01/30/2019 02:06 PM
Hide Details
From: Roberto Luis Costales <rlc@beaumontcostales.com>
To: efile-brown@laed.uscourts.gov, "Bickford, Mag" <mbickford@mcglinchey.com>, JRector@littler.com, "William H. Beaumont" <whb@beaumontcostales.com>

Dear Judge,

The parties have reached a settlement in this matter. We are drafting the approval paperwork and the release now (it is an FLSA case). We would request a 60-day order from the Court. Opposing counsel is cc'd on this email.

Thank you,

Roberto Costales
Counsel for Plaintiff

--
The information contained in this transmission may contain privileged and confidential communications. It is intended only for the use of person(s) named above. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and kindly destroy all copies of the original message.